Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

March 29, 2006

Clerk's Office
United States District Court
for the Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201



06-279-DRH

Re: 06cv0363 - WESTINE v. UNITED STATES PAROLE COMMISSION, et al.

Dear Clerk:

On February 10, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed is a copy of that order together with certified copies of our electronic case file, and a certified copy of the docket entries.

Please promptly acknowledge receipt of our file on the duplicate copy of this letter. Please indicate your case number somewhere on the receipt.

Your attention to this matter is greatly appreciated.

Sincerely,

NANCY MAYER-WITTINGTON, CLERK

By _____

**RECEIVED**

APR 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT